**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CATHERINE WADE MULLEN,**

      **Plaintiff,**

**v.**                                  **Case No.   3:12cv499/MCR/CJK**

**JAMES H. MULLEN,**

      **Defendant.**

_____/

## <u>ORDER</u>

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 19, 2012.  (Doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The plaintiff's claims are DISMISSED WITHOUT  PREJUDICE under 28 U.S.C. § 1951(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted, and under 28 U.S.C. § 1331, for want of subject-matter jurisdiction.

3.      The clerk is directed to close the file.

DONE AND ORDERED this 17th day of December, 2012.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**